IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2008 NOV -4  AM 11: 30
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| HUBBELL INCORPORATED, A CONNECTICUT CORPORATION; AND HUBBELL BUILDING AUTOMATION, INC., A TEXAS CORPORATION, § § § § § PLAINTIFFS, § § V. § § THE WATT STOPPER, INC., A § CALIFORNIA CORPORATION, § § DEFENDANT. § § | CAUSE NO. A-08-CA-616-LY |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE AND STAYING ACTION

**IT IS ORDERED** that the above-entitled and numbered cause is set for **Initial Pretrial Conference** in Courtroom No. 1, Second Floor, the United States Courthouse, 200 West Eighth Street, Austin, Texas, on **Wednesday, December 17, 2008, at 3:00 p.m.**

The parties are relieved of the obligation to file a proposed scheduling order, pending further order of the Court.

**IN ALL OTHER RESPECTS** this action is **STAYED,** pending further order of the Court.

SIGNED this 4th day of November, 2008.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE